**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Inscription Canyon Ranch Sanitary District, | )    No. CV-12-8019-PCT-SMM |
|          Plaintiff, | ) |
| v. | )    **ORDER** |
| American Alternative Insurance Corp., | ) |
|          Defendant. | ) |

Before the Court is the parties' Stipulation for Dismissal with Prejudice. (Doc. 58.) Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

**IT IS FURTHER ORDERED VACATING** the final pretrial conference set for **Wednesday, November 6, at 2:00 p.m.**

DATED this 16th day of October, 2013.

Stephen M. McNamee
Senior United States District Judge